**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA,**   *

                                                                  *

    vs.

                                                 *   **CRIMINAL NO.: BAH23-63**

**TAQUAN MOSS**                     *

              *Defendant*

                                                 *

## MOTION TO SEAL
### (REQUESTING LEAVE TO FILE SEALED DOCUMENTS)

The Defendant, Taquan Moss, by and through undersigned counsel, requests leave to file a sealed document in the form of the attached Motion, and for reasons states as follows:

1.    The proposed Sealed Document is a Motion to by Counsel to Withdraw.

2.    The Motion contains a Confidential Memorandum concerning the breakdown in the attorney client relationship.

.

WHEREFORE, the defendant, Taquan Moss through his  undersigned counsel, requests the Court Seal the attached Proposed Sealed Document.

                                 Respectfully submitted,

                                 Law Offices of Marc G. Hall, P.C.

_____/s/_____

Marc G. Hall
Federal Bar # 01386
6411 Ivy Lane
Suite 304
Greenbelt, MD 20770
(240) 205-3041

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served, by ECF, on this 28th day of March, 2024 on the following: Office of the United States Attorney, 36 South Charles Street, Baltimore, MD.

_____/s/_____

Marc G. Hall
